UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>    Plaintiff, )<br>            )<br>    v. )<br>            )<br>JUAN PABLO JASSO-ARANDA, )<br>            )<br>    Defendant. )<br>_____ ) | Case No. CR05-0281-JLR-JPD<br><br>DETENTION ORDER |

Offense charged:

Conspiracy to distribute methamphetamine, cocaine, and heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846.

Date of Detention Hearing:   July 26, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges.   Defendant has not overcome these presumptions.

(2) The defendant is an illegal alien, and the majority of his immediate family

01  continues to reside in Mexico.

02  (3) The defendant has minimal ties to the Western District of Washington.

03  (4) There are no conditions or combination of conditions that would reasonably
04      assure future Court appearances and address the safety of the community.

05  IT IS THEREFORE ORDERED:

06  (1) Defendant shall be detained pending trial and committed to the custody of the
07      Attorney General for confinement in a correction facility separate, to the
08      extent practicable, from persons awaiting or serving sentences or being held in
09      custody pending appeal;

10  (2) Defendant shall be afforded reasonable opportunity for private consultation
11      with counsel;

12  (3) On order of a court of the United States or on request of an attorney for the
13      government, the person in charge of the corrections facility in which
14      defendant is confined shall deliver the defendant to a United States Marshal
15      for the purpose of an appearance in connection with a court proceeding; and

16  (4) The Clerk shall direct copies of this Order to counsel for the United States, to
17      counsel for the defendant, to the United States Marshal, and to the United
18      States Pretrial Services Officer.

19

20  DATED this 26th day of July, 2005.

21                                              *James P. Donohue* (signature)

22                                              JAMES P. DONOHUE
                                                United States Magistrate Judge

23

24

25

26